**Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00999-CV
_____

**HOUSE PRO, INC., Appellant**

**V.**

**EPMA CORPORATION D/B/A JOHNSTONE SUPPLY OF HOUSTON, Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 991513**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed July 20, 2011. Appellant filed a timely motion for new trial on August 8, 2011. Appellant's notice of appeal was filed November 11, 2011.

When appellant has filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was not filed timely. A motion for

extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by rule 26.3.

On January 30, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Jamison.